UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TONY CACCAVALE and ANTHONY MANGELLI,                    Case No:  20-CV-974
individually and on behalf of all others similarly situated,

                              Plaintiffs,          **NOTICE OF**
                                                **APPEARANCE**

                 -against-

HEWLETT-PACKARD COMPANY, HEWLETT PACKARD
ENTERPRISE, CO. and UNISYS CORPORATION,

                            Defendants.
------------------------------------------------------------------------X

To:     The Clerk of the Court and all Parties of record.

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel

for Plaintiffs TONY CACCAVALE and ANTHONY MANGELLI.

Dated: East Meadow, NY
         February 24, 2020

                                  CERTILMAN BALIN ADLER & HYMAN LLP

                                  By: _____

                                    DOUGLAS E. ROWE, ESQ.
                                    *Attorneys for Plaintiffs*
                                    TONY CACCAVALE and ANTHONY MANGELLI
                                    90 Merrick Avenue, 9th Floor
                                    East Meadow, NY 11554
                                    (516) 296-7102
                                    drowe@certilmanbalin.com

7060898.1