UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TONY CACCAVALE and ANTHONY MANGELLI,
individually and on behalf of all others similarly situated,

                                        Plaintiffs,

         -against-

HEWLETT-PACKARD COMPANY, HEWLETT
PACKARD ENTERPRISE, CO. and UNISYS
CORPORATION,

                                        Defendants.
------------------------------------------------------------------X

Case No: 20-CV-974

**STIPULATION OF
SUBSTITUTION
OF COUNSEL**

IT IS HEREBY STIPULATED and agreed by and between the Plaintiffs, Tony Caccavale and Anthony Mangelli, subject to the approval of the Court, that Moser Law Firm PC shall henceforth be substituted as counsel of record for Plaintiffs Tony Caccavale and Anthony Mangelli in this action, replacing their current counsel of record Certilman Balin Adler & Hyman, LLP.

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____ 4/17/2020
    Douglas E. Rowe, Esq.
90 Merrick Avenue, 9th Flr.
East Meadow, NY 11554
Tel.: 516-296-7000
**Outing for Plaintiffs**
Tony Caccavale and Anthony Mangelli

Consented to: _Tony Caccavale_
               Tony Caccavale

MOSER LAW FIRM, PC

By: _____
    Steven J. Moser, Esq.
5 East Main Street
Huntington, NY 11743
Tel.: 516-671-1150
**Incoming for Plaintiffs**
Tony Caccavale and Anthony Mangelli

Consented to: _Anthony Mangelli_
               Anthony Mangelli
             4-16-2020

**SO ORDERED**

7097822.1