UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
TONY CACCAVALE, ANTHONY MANGELLI, and
DOUGLAS SORBIE, individually and on behalf of all
others similarly situated,

Case No: 20-CV-00974
(GRB)(AKT)

**NOTICE OF APPEARANCE**

Plaintiffs,

-against-

HEWLETT-PACKARD COMPANY A/K/A HP INC.,
HEWLETT PACKARD ENTERPRISE COMPANY and
UNISYS CORPORATION,

Defendants.
-----------------------------------------------------------------------X

To: The Clerk of the Court and all Parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs TONY CACCAVALE, ANTHONY MANGELLI AND DOUGLAS SORBIE.

Dated: East Meadow, New York
May 5, 2020

Respectfully Submitted,

MOSER LAW FIRM, P.C.

By: _____
Paul A. Pagano, Esq.
*Attorneys for Plaintiffs*
5 East Main Street
Huntington, NY 11743
(516) 671-1150
paul.pagano@gmail.com

1

7074733.1