COUNTY OF EASTERN DISTRICT      UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
# 28233M

TONY CACCAVALE, ANTHONY MANGELLI, AND DOUGLAS SORBIE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

against

Plaintiff(s)      INDEX# 20-CV-00974
                  Date filed 4/28/2020

HEWLETT-PACKARD COMPANY A/K/A HP INC., ET AL,

Defendant(s)

STATE OF NEW YORK       COUNTY OF ALBANY      137387

## SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

**DAVID TATUM** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **5/7/2020** at **3:00 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

**SUMMONS IN A CIVIL ACTION AND FIRST AMENDED CLASS ACTION COMPLAINT,**

on **HEWLETT PACKARD ENTERPRISE COMPANY**, **Defendant** in this action.

By delivering to and leaving with **SUE ZOUKY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**      Description of the Recipient is as follows:

A Female with White skin, Blonde hair, who is approximately 55 years of age and has an approximate height of 5' 2" and approximate weight of 135 pounds.

Other identifying features are as follows: None.

DAVID TATUM
Process Server

State of New York
County of Albany

Sworn to before me on This 8 day of MAY 2020

Notary Public - Michelle M. Santspree

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2021

Emily M. Corbett
Notary Public, State of New York
No. 01CO6299470
Qualified in Albany County
Commission Expires March 24, 2022

ALERT PROCESS SERVICE AGENCY - 185 WILLIS AVE STE 6 - MINEOLA, NY 11501-2622 - 516-741-4353