AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-00974

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Hewlett-Packard Company A/K/A, HP Inc.
was received by me on *(date)*   5/5/2020   CT Corporation System
28 Liberty Street
New York, NY 10005

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Marion Cruz, Intake Specialist   , who is
designated by law to accept service of process on behalf of *(name of organization)*   Hewlett-Packard
Company A/K/A, HP Inc.   on *(date)*   5/8/2020 at 11:35 AM   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  5/8/2020

Server's signature

John I. Hudak, Process Server
Printed name and title

1204 Avenue U, Brooklyn, NY 11229
Server's address

Additional information regarding attempted service, etc:

Documents Served : Summons, Corrected First Amended Class Action Complaint and First Amended Class Action Complaint

Approximate Description of Recipient : Female, Tan Skin, 40s, Brown Hair, 5'5", 140 lbs