**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TONY CACCAVALE, ANTHONY MANGELLI, and DOUGLAS SORBIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY A/K/A HP INC., HEWLETT PACKARD ENTERPRISE COMPANY and UNISYS CORPORATION,<br><br>Defendants. | Civil Action No.: 20-CV-00974 (GRB)(AKT)<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

It is hereby stipulated by and between the parties through their respective attorneys that the time within which Defendants HP Inc., f/k/a Hewlett-Packard Company, Hewlett Packard Enterprise Company, and Unisys Corporation (collectively, "Defendants") shall file an answer, motion or otherwise respond to Plaintiffs Tony Caccavale, Anthony Mangelli, and Douglas Sorbie's (collectively, "Plaintiffs") First Amended Class Action Complaint filed on May 5, 2020 ("FAC") shall be and hereby is extended from May 28, 2020 to and including June 19, 2020. Pursuant to Magistrate Judge Tomlinson's Individual Rules, the parties represent that there have been no previous extensions of time to respond to the FAC. This extension is necessary to enable Defendants to properly respond to the FAC. Plaintiffs consent to this extension. The requested extension will not affect any of the other dates set in the case. This stipulation or extension does not constitute a waiver of any claim, right, or defense by Defendants, except that Defendants waive the right to assert insufficient service of process of the FAC as a defense.

ME1 33442715v.1

| | |
|---|---|
| **McCARTER & ENGLISH, LLP** | **EPSTEIN BECKER & GREEN, P.C.** |
| /s/ Adam Saravay, Esq. | /s/ Dean L. Silverberg |
| Adam Saravay, Esq. | Dean L. Silverberg, Esq. |
| Ilana Levin, Esq. | Jeffrey H. Ruzal, Esq. |
| Four Gateway Center | Kenneth W. DiGia, Esq. |
| 100 Mulberry Street | 875 Third Avenue |
| Newark, NJ 07101-0652 | New York, NY 10022 |
| Tel: (973) 622-4444 | Tel: (212) 351-4500 |
| Fax: (973) 624-7070 | Fax: (212) 878-8600 |
| asaravay@mccarter.com | dsilverberg@ebglaw.com |
| ilevin@mccarter.com | jruzal@ebglaw.com |
| | kdigia@ebglaw.com |
| Kristofor T. Henning, Esq. (*pro hac vice application forthcoming*) | *Attorneys for Defendant Unisys Corporation* |
| 1600 Market Street | |
| Suite 3900 | |
| Philadelphia, PA 19103 | |
| Tel: (215) 979-3800 | |
| Fax: (215) 979-3899 | |
| khenning@mccarter.com | |
| *Attorneys for Defendants Hewlett-Packard Company and Hewlett Packard Enterprise Company* | |
| Dated:  May 27, 2020 | Dated:  May 27, 2020 |

**MOSER LAW FIRM, P.C.**

/s/ Steven J. Moser
Steven J. Moser, Esq.
Paul A. Pagano, Esq.
5 East Main Street
Huntington, NY 11743
Tel: (516) 671-1150
Fax: (516) 882-5420
smoser@moseremploymentlaw.com
paul.pagano@gmail.com
*Attorneys for Plaintiffs Tony Caccavale, Anthony Mangelli, and Douglas Sorbie*

Dated:  May 27, 2020

The above application is ORDERED GRANTED.  The time for Defendants to file an answer, motion or otherwise respond to the FAC is extended to and including June 19, 2020.

Dated: _____, 2020

_____
Magistrate Judge A. Kathleen Tomlinson

Case 2:20-cv-00974-GRB-AKT   Document 19   Filed 05/27/20   Page 3 of 3 PageID #: 89