UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY CACCAVALE, ANTHONY MANGELLI, and DOUGLAS SORBIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY A/K/A HP INC., HEWLETT PACKARD ENTERPRISE COMPANY and UNISYS CORPORATION,<br><br>Defendants. | Civil Action No.: 20-CV-00974 (GRB)(AKT)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as an attorney of record in this case for defendant Unisys Corporation.

New York, New York
May 29, 2020

                                                          EPSTEIN BECKER & GREEN, P.C.

By: /s/ Dean L. Silverberg
     Dean L. Silverberg
     875 Third Avenue
     New York, New York  10022
     Tel: 212.351.4500
     Fax: 212.878.8600
     DSilverberg@ebglaw.com
     *Attorneys for Defendant*
     *Unisys Corporation*