**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TONY CACCAVALE, ANTHONY MANGELLI, and DOUGLAS SORBIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY A/K/A HP INC., HEWLETT PACKARD ENTERPRISE COMPANY and UNISYS CORPORATION,<br><br>Defendants. | Civil Action No.: 20-CV-00974(GRB)(AKT)<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE ENTER THE APPEARANCE** of Ilana Levin, Esq., of the law firm of McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07101 as counsel for Defendants HP Inc., f/k/a Hewlett-Packard Company, and Hewlett Packard Enterprise Company; and

**PLEASE TAKE NOTICE** that all electronic notices, motions, orders, and other papers in the above-captioned matter should be served thereon at ilevin@mccarter.com.

ME1 33466648v.1

Dated: June 3, 2020

Respectfully submitted,

McCARTER & ENGLISH, LLP

By: __/s/   Ilana Levin__
    Ilana Levin
    ilevin@mccarter.com
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07101-0652
    Tel: (973) 622-4444

*Attorneys for Defendants HP Inc., f/k/a Hewlett-Packard Company, and Hewlett Packard Enterprise Company*

ME1 33466648v.1