UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY CACCAVALE, ANTHONY MANGELLI, and DOUGLAS SORBIE, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>HEWLETT-PACKARD COMPANY A/K/A HP INC., HEWLETT PACKARD ENTERPRISE COMPANY and UNISYS CORPORATION,<br><br>     Defendants. | Civil Action No.: 20-CV-00974 (GRB)(AKT)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF HP INC., f/k/a HEWLETT-PACKARD COMPANY, AND HEWLETT PACKARD ENTERPRISE COMPANY** |

   Pursuant to Federal Rule of Civil Procedure 7.1, Defendants HP Inc., f/k/a Hewlett-Packard Company, and Hewlett Packard Enterprise Company make the following disclosures:

1. Defendant HP Inc. is a publicly-held corporation with no parent corporation.

2. No public corporation currently holds 10% or more of the outstanding shares of Defendant HP Inc.

3. Defendant Hewlett Packard Enterprise Company is a publicly-held corporation with no parent corporation.

4. No public corporation currently holds 10% or more of the outstanding shares of Defendant Hewlett Packard Enterprise Company.

| | |
|---|---|
| Dated:  June 19, 2020 | **McCARTER & ENGLISH, LLP** |
| | |
| | /s/ Adam Saravay, Esq. |
| | |
| | Adam Saravay, Esq.<br>Ilana Levin, Esq.<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07101-0652<br>Tel: (973) 622-4444<br>Fax: (973) 624-7070<br>asaravay@mccarter.com<br>ilevin@mccarter.com |
| | |
| | Kristofor T. Henning, Esq. *(pro hac vice application forthcoming*)<br>1600 Market Street<br>Suite 3900<br>Philadelphia, PA 19103<br>Tel: (215) 979-3800<br>Fax: (215) 979-3899<br>khenning@mccarter.com<br>Attorneys for Defendants HP Inc. and Hewlett Packard Enterprise Company |