**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TONY CACCAVALE, ANTHONY MANGELLI, and DOUGLAS SORBIE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>HEWLETT-PACKARD COMPANY A/K/A HP INC., HEWLETT PACKARD ENTERPRISE COMPANY and UNISYS CORPORATION,<br><br>        Defendants. | Civil Action No.: 20-CV-00974 (GRB)(AKT)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF UNISYS CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Unisys Corporation ("Defendant") states that it is publicly traded and has no parent corporation. BlackRock, Inc., a publicly traded company, is the only publicly held corporation which holds more than 10% of Defendant's stock.

June 19, 2020

        **EPSTEIN BECKER & GREEN, P.C.**

        */s/ Jeffrey H. Ruzal*
        Jeffrey H. Ruzal, Esq.
        Kenneth W. DiGia, Esq.
        875 Third Avenue
        New York, NY 10022
        Tel: (212) 351-4500
        Fax: (212) 878-8600
        jruzal@ebglaw.com
        kdigia@ebglaw.com
        *Attorneys for Defendant Unisys Corporation*