**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TONY CACCAVALE, ANTHONY MANGELLI, and DOUGLAS SORBIE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY A/K/A HP INC., HEWLETT PACKARD ENTERPRISE COMPANY and UNISYS CORPORATION,<br><br>　　　　　　Defendants. | Civil Action No.: 20-CV-00974(GRB)(AKT)<br><br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE ENTER THE APPEARANCE** of Kristofor T. Henning, Esq., of the law firm of McCarter & English, LLP, 1600 Market Street, Suite 3900, Philadelphia, Pennsylvania, 19103 as counsel for Defendants HP Inc., f/k/a Hewlett-Packard Company, and Hewlett Packard Enterprise Company, having been granted leave to appear *pro hac vice* in this matter; and

**PLEASE TAKE NOTICE** that all electronic notices, motions, orders, and other papers in the above-captioned matter should be served thereon at khenning@mccarter.com.

ME1 33841520v.1

Dated: July 15, 2020

Respectfully submitted,

McCARTER & ENGLISH, LLP

By:   */s/*   Kristofor T. Henning
     Kristofor T. Henning
     khenning@mccarter.com
     1600 Market Street
     Suite 3900
     Philadelphia, PA 19103
     Tel: (215) 979-3800

*Attorneys for Defendants HP Inc., f/k/a Hewlett-Packard Company, and Hewlett Packard Enterprise Company*