**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JUL 15 2020  ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**Courtroom 840**
DATE: 7/15/2020
TIME:. 11:00

BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE

CASE: **2:20-cv-00974-GRB-AKT** Caccavale et al v. Hewlett-Packard Company et al
CIVIL TELEPHONE PRE-MOTION CONFERENCE

APPEARANCES:      Plaintiff: Steven Moser
.
                 Defendant: Kristofor Henning, Kenneth DiGia, Jeffrey Ruzal, Ilana Levin
COURT REPORTER/FTR**#: 11:10-11:40 AT&T Conference
              **Motion for:**   <u>27, 29 motion to dismiss</u>
              **Movant:**      _____

Case called.

☒        Counsel for all sides present.

☒        Pre-motion conference held.

             ☐Parties to meet and confer and submit a schedule within 2 weeks.

             ☐Motion Schedule set.    Motion served by:
                                  Response served by:
                                  Reply and all papers filed by:

☐        Discovery to proceed while motion is pending. Parties to contact Magistrate
             Judge assigned to the case to schedule an Initial Conference.

☐        Choose an item.

☒        Motion argued.

☐        The Court deems the motion made.

☐        Motion is  Choose an item.(** No written decision**)

☒        Other: <u>The parties will fully brief the motion within 3 weeks, response served 3</u>
<u>weeks later, reply served and all papers filed 1 week later.</u>

☐        The parties are to submit order on notice to all parties.

☐        Settlement discussed. Choose an item.

☐        Jury Selection and trial set for:
             Joint pretrial order due by:

** To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.