# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY CACCAVALE, ANTHONY MANGELLI, and DOUGLAS SORBIE, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>-against-<br><br>HEWLETT-PACKARD COMPANY A/K/A HP INC., HEWLETT PACKARD ENTERPRISE COMPANY, and UNISYS CORPORATION,<br><br>     Defendants. | Civil Action No. 20-CV-00974 (GRB)(AKT)<br><br><br>**NOTICE OF MOTION TO DISMISS** |

TO:   Steven John Moser, Esq.
    Paul A. Pagano, Esq.
    Moser Law Firm PC
    5 E. Main Street
    Huntington, NY 11743
    Attorneys for Plaintiffs

COUNSEL:

  **PLEASE TAKE NOTICE**, that on a date to be set by the Court, Defendants HP Inc. and Hewlett Packard Enterprise Company, through their counsel, McCarter & English, LLP, and Defendant Unisys Corporation, through its counsel, Epstein Becker & Green, PC, shall move before the United States District Court for the Eastern District of New York, Honorable Gary R. Brown, United States District Judge, at the United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, pursuant to Fed. R. Civ. P. 12(b)(6), for an order dismissing the First Amended Complaint for failure to state a claim; and

  **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendants shall

rely upon the pre-motion letters Defendants previously submitted and the accompanying joint Memorandum of Law on behalf of all defendants; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's scheduling order, any answering papers to this Motion shall be served on Defendants' counsel not later than August 26, 2020, and any reply papers shall be served by Defendants on Plaintiffs' counsel not later than September 2, 2020, and all motion papers are to be filed together on September 2, 2020; and

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Dated: August 5, 2020

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Attorneys for Defendants HP Inc. and
Hewlett-Packard Enterprise Company

By: _/s/Adam N. Saravay_
Adam N. Saravay
Kristofor Henning (*admitted pro hac vice*)
Ilana Levin


EPSTEIN BECKER & GREEN, P.C.
875 Third Avenue
New York, NY 10022
(212) 351-4500
Attorneys for Defendant Unisys Corporation

By: _/s/Jeffrey H. Ruzal_
Dean L. Silverberg
Jeffrey Howard Ruzal
Kenneth Welch DiGia