

**Paul A. Pagano**
Tel: 917.589.1479
paul.pagano@moserlawfirm.com

September 28, 2020

<u>VIA ECF</u>
Hon. Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, NY 11722-9014

Re:   *Caccavale, et. al. v. Hewlett-Packard Company a/k/a HP Inc. et. al.*
      Docket No: 20-cv-00974(GRB)(AKT)

Dear Judge Brown:

This firm represents Plaintiffs Tony Caccavale ("Caccavale"), Anthony Mangelli ("Mangelli") and Douglas Sorbie ("Sorbie") individually and on behalf of all others similarly situated (collectively "Plaintiffs") in connection with the above referenced matter.

On September 14, 2020, Your Honor referred the instant matter to mediation and ordered that a mediator be selected by September 28, 2020. This morning, the parties were informed that the mediator they anticipated using is unavailable until after the deadline to complete mediation. In light of the foregoing, the parties respectfully request an extension of time to choose a mediator until October 5, 2020.

    Respectfully Submitted,
    Moser Law Firm, P.C.

    *Paul Pagano*
    By: Paul A. Pagano