

**Paul A. Pagano**
Tel: 917.589.1479
paul.pagano@moserlawfirm.com

October 1, 2020

VIA ECF
Hon. Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, NY 11722-9014

Re:   *Caccavale, et. al. v. Hewlett-Packard Company a/k/a HP Inc. et. al.*
      Docket No: 20-cv-00974(GRB)(AKT)

Dear Judge Brown:

This firm represents Plaintiffs Tony Caccavale ("Caccavale"), Anthony Mangelli ("Mangelli") and Douglas Sorbie ("Sorbie") individually and on behalf of all others similarly situated (collectively "Plaintiffs") in connection with the above referenced matter.

This letter is written to inform the Court that the parties have selected Barry Peek, Esq. as their mediator and that they will be conducting a mediation via Zoom with Mr. Peek on November 11, 2020 at 10:00 a.m.

Respectfully Submitted,
Moser Law Firm, P.C.

*Paul Pagano*
By: Paul A. Pagano