FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 12 2021 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Courtroom 940
DATE: 1/12/2021
TIME:. 2 :00

BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE

CASE: Civil Cause for Telephone Pre-Motion Conference
20cv00974
**CACCAVALE ET AL V. HEWLETT-PACKARD COMPANY ET AL**

APPEARANCES:    Plaintiff: Steven Moser

Defendant:   Kristofor Henning and Ilana Levin, Jeffrey Ruzal and Kenneth DiGia

COURT REPORTER/FTR**#: 2:22 – 3:45

**Motion for:**   <u>to dismiss</u>
**Movant:**      <u>defendants</u>

Case called.

☒    Counsel for all sides present.

☒    Pre-motion conference held.

☐ Parties to meet and confer and submit a schedule within 2 weeks.

☐ Motion Schedule set.    Motion served by:
Response served by:
Reply and all papers filed by:

☐    Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☐    Choose an item.

☐    Motion argued.

☐    The Court deems the motion made.

☐    Motion is  Choose an item.(** No written decision**)

☒    Other: <u>Rulings placed on the record.  Additional briefs will be filed, 30 days to serve, 30 days to respond, 2 weeks to reply and file all papers.</u>

☐    The parties are to submit order on notice to all parties.

☐    Settlement discussed. Choose an item.

☐    Jury Selection and trial set for:

Joint pretrial order due by:

** To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.