FILED
CLERK
8:35 am, Jan 14, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------X  Docket#
CACCAVALE, et al., ,           : 20-cv-00974-GRB-AKT
          Plaintiffs,          :
                               :
   - versus -                  : U.S. Courthouse
                               : Central Islip, New York
                               :
HEWLETT-PACKARD COMPANY,       :
          et al.,              : January 12, 2021
          Defendants           : 2:22 PM
------------------------------X
```

TRANSCRIPT OF CIVIL CAUSE FOR PROCEEDINGS
BEFORE THE HONORABLE GARY R. BROWN
UNITED STATES DISTRICT JUDGE

**A P P E A R A N C E S:**
(Telephonically)

| | |
|---|---|
| **For the Plaintiff**: | **Steven Moser, Esq.**<br>**Paul Pagano, Esq.**<br>Moser Law Firm PC<br>5 E Main St<br>Huntington, NY 11743 |
| **For Defendant HP**: | **Kristofor T. Henning, Esq.**<br>**Ilana Sarah Levin**<br>McCarter & English<br>1600 Market Street<br>Suite 3900<br>Philadelphia, PA 19103 |
| **For Defendant Unisys**: | **Jeffrey Howard Ruzal, Esq.**<br>**Kenneth Welch DiGia, Esq.**<br>**Epstein Becker & Green, P.C.**<br>**875 Third Avenue**<br>**New York, NY 10022** |
| **Transcription Service**: | **Transcriptions Plus II, Inc.**<br>61 Beatrice Avenue<br>West Islip, New York 11795<br>laferrara44@gmail.com |

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service