

MOSER LAW FIRM, PC

**Paul A. Pagano**
Tel: 917.589.1479
paul.pagano@moserlawfirm.com

January 22, 2021

**VIA ECF**
Hon. Gary R. Brown, U.S.D.J.
100 Federal Plaza, Courtroom 840
Central Islip, NY 11722-9014

Re:   *Caccavale, et. al. v. Hewlett-Packard Company a/k/a HP Inc. et. al.*
      Docket No: 20-cv-00974(GRB)(AKT)

Dear Judge Brown:

    This firm represents Plaintiffs in the above referenced matter.  Today, Defendants submitted a joint letter (DE 65) seeking a pre-motion conference with the ultimate goal of moving to certify the Court's decision for appeal and for a stay of the instant matter.  Though counsel for the parties have been in near constant communication regarding the matter, including over the last few days when all Defendants requested and were granted extensions of time to answer Plaintiffs' second amended complaint, at no point were Plaintiffs made aware of Defendants' application.  The undersigned had already made plans to be away this weekend and has a substantial mediation on Tuesday of next week.  To that end, Plaintiffs respectfully request that they be given until January 29, 2021 to submit their opposition to Defendants' joint letter.

                        Respectfully Submitted,

                        *Paul Pagano*

                        Paul A. Pagano