# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY CACCAVALE, ANTHONY MANGELLI, and DOUGLAS SORBIE, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY A/K/A HP INC., HEWLETT PACKARD ENTERPRISE COMPANY and UNISYS CORPORATION,<br><br>        Defendants. | Civil Action No.: 20-CV-00974 (GRB)(AKT)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as an attorney of record in this case for defendant Unisys Corporation.

New York, New York
April 7, 2021

                              EPSTEIN BECKER & GREEN, P.C.

                              By: /s/ Matthew S. Aibel
                                   Matthew Savage Aibel
                                   875 Third Avenue
                                   New York, New York 10022
                                   Tel: 212.351.4500
                                   Fax: 212.878.8600
                                   Maibel@ebglaw.com
                                   *Attorneys for Defendant*
                                   *Unisys Corporation*