```
                                      FILED
                              IN CLERK'S OFFICE
                          U.S. DISTRICT COURT E.D.N.Y.
                          ★   APR 08 2021   ★
                             LONG ISLAND OFFICE
```

**UNITED STATES DISTRICT COURT**  **Courtroom 940**
**EASTERN DISTRICT OF NEW YORK**  DATE: 4/8/2021
TIME:. 11:00

BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE

CASE: Civil Cause for Telephone Pre-Motion Conference
20cv00974 CACCAVALE ET AL V. HEWLETT-PACKARD COMPANY ET AL

APPEARANCES:   Plaintiff: Steven Moser, Paul Pagano

Defendant:   Kristofer Henning, Ilana Levin HPE
             Matthew Aibel  UC

COURT REPORTER/FTR**#: 11:09 -11:18
   Motion for:   <u>dismiss counterclaim against Hewlett Packer</u>
   Movant:      <u>plaintiff</u>

Case called.

☒   Counsel for all sides present.

☐   Pre-motion conference held.

   ☐Parties to meet and confer and submit a schedule within 2 weeks.

   ☐Motion Schedule set.   Motion served by:
                Response served by:
                Reply and all papers filed by:

☐   Discovery to proceed while motion is pending. Parties to contact Magistrate
    Judge assigned to the case to schedule an Initial Conference.
☐   Choose an item.

☐   Motion argued.

☐   The Court deems the motion made.

☐   Motion is Choose an item.(** No written decision**)

☒   Other: <u>Motion is deemed moot. Parties agree to withdraw the unjust enrichment claim and the NYLL §195(1).</u>

☐   The parties are to submit order on notice to all parties.

☐   Settlement discussed. Choose an item.

☐   Jury Selection and trial set for:
        Joint pretrial order due by:



** To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at htttps://www.nyed.uscourts.gov/ under the *Court Information* tab.