## **CONSENT TO JOIN**

*THIS FORM MUST BE MAILED, FAXED, OR EMAILED ON OR BEFORE [60 DAYS AFTER MAILING OF ORIGINAL NOTICE, OR 30 DAYS AFTER RE-MAILING OF NOTICE, WHICHEVER IS LATER]*

Pursuant to Section 16(b) of the Fair Labor Standards Act, I consent to join the collective action brought in United States District Court for the Eastern District of New York entitled *Caccavale v. Unisys Corporation,* 20-cv-00974 (GRB)(AKT) to recover liquidated damages for the alleged failure to promptly pay a portion of overtime wages that I may have received to the extent that I worked any overtime for the period of December 17, 2017 to present.

*Please check one of the following:*

[ ]     I hereby authorize the Moser Law Firm, PC to represent me in this action.

[ ]     I intend to engage another attorney to represent me in this action.  My Attorney's name, address and telephone number are as follows: _____
_____
_____

I agree to be bound by any adjudication by the Court or settlement of this action.

Full Legal Name:    _____

Address:            _____

Telephone Number:   _____

Email:              _____


_____        _____
Signature                                   Date

MAIL TO:    MOSER LAW FIRM, PC
            Attn: Caccavale v. Unisys Consent to Join
            5 East Main Street
            Huntington, NY  11743
            516-671-1150

FAX:        631-824-0200

EMAIL:      admin@moserlawfirm.com