# CONSENT TO JOIN

*THIS FORM MUST BE MAILED, FAXED, OR EMAILED ON OR BEFORE <u>SEPTEMBER 10, 2021</u>*

CAC000001B8DA

JOHN ANTHONY FITZPATRICK
162 SUNSET AVE
FARMINGDALE, NY 11735-5843

Claim Number 1000084

Pursuant to Section 16(b) of the Fair Labor Standards Act, I consent to join the collective action brought in United States District Court for the Eastern District of New York entitled *Caccavale v. Unisys Corporation*, 20-cv-00974 (GRB)(AKT) to recover liquidated damages for the alleged failure to promptly pay a portion of overtime wages that I may have received to the extent that I worked any overtime for the period of December 17, 2017 to present.

*Please check one of the following:*

[✓] I hereby authorize the Moser Law Firm, PC to represent me in this action.

[ ] I intend to engage another attorney to represent me in this action. My Attorney's name, address and telephone number are as follows: _____

I agree to be bound by any adjudication by the Court or settlement of this action.

Full Legal Name: John A Fitzpatrick
Address: __
Telephone N
Email: __

Signature: *John A. Fitzpatrick*        Date: 7/19/2021

MAIL TO:  MOSER LAW FIRM, PC
Attn: Caccavale v. Unisys Consent to Join
5 East Main Street
Huntington, NY 11743
516-671-1150

FAX:  631-824-0200

EMAIL:  admin@moserlawfirm.com