## CONSENT TO JOIN

*THIS FORM MUST BE MAILED, FAXED, OR EMAILED ON OR BEFORE SEPTEMBER 10, 2021*

CAC000001CC5B

Claim Number 1000105

KEVIN C DROBNER

Pursuant to Section 16(b) of the Fair Labor Standards Act, I consent to join the collective action brought in United States District Court for the Eastern District of New York entitled *Caccavale v. Unisys Corporation,* 20-cv-00974 (GRB)(AKT) to recover liquidated damages for the alleged failure to promptly pay a portion of overtime wages that I may have received to the extent that I worked any overtime for the period of December 17, 2017 to present.

*Please check one of the following:*

☑     I hereby authorize the Moser Law Firm, PC to represent me in this action.

☐     I intend to engage another attorney to represent me in this action. My Attorney's name, address and telephone number are as follows: _____

_____

_____

I agree to be bound by any adjudication by the Court or settlement of this action.

Full Leg

Address:

Telephol

Email: _

Signature                      7/15/21   Date

MAIL TO:    MOSER LAW FIRM, PC
                Attn: Caccavale v. Unisys Consent to Join
                5 East Main Street
                Huntington, NY 11743
                516-671-1150

FAX:         631-824-0200

EMAIL:     admin@moserlawfirm.com