## CONSENT TO JOIN

**THIS FORM MUST BE MAILED, FAXED, OR EMAILED ON OR BEFORE SEPTEMBER 10, 2021**

CAC00000191CB

DINO LAURICELLA

Claim Number 1000041

Pursuant to Section 16(b) of the Fair Labor Standards Act, I consent to join the collective action brought in United States District Court for the Eastern District of New York entitled *Caccavale v. Unisys Corporation*, 20-cv-00974 (GRB)(AKT) to recover liquidated damages for the alleged failure to promptly pay a portion of overtime wages that I may have received to the extent that I worked any overtime for the period of December 17, 2017 to present.

*Please check one of the following:*

[X] I hereby authorize the Moser Law Firm, PC to represent me in this action.

[ ] I intend to engage another attorney to represent me in this action. My Attorney's name, address and telephone number are as follows: _____

I agree to be bound by any adjudication by the Court or settlement of this action.

Full Legal Name: Dino Lauricella

Address:

Telephon

Email:

Signature: [signed]   Date: 7/29/21

MAIL TO: MOSER LAW FIRM, PC
Attn: Caccavale v. Unisys Consent to Join
5 East Main Street
Huntington, NY 11743
516-671-1150

FAX: 631-824-0200

EMAIL: admin@moserlawfirm.com