## CONSENT TO JOIN

**THIS FORM MUST BE MAILED, FAXED, OR EMAILED ON OR BEFORE SEPTEMBER 10, 2021**

CAC000001A262

Claim Number 1000060

GUY MAGNO

Pursuant to Section 16(b) of the Fair Labor Standards Act, I consent to join the collective action brought in United States District Court for the Eastern District of New York entitled *Caccavale v. Unisys Corporation*, 20-cv-00974 (GRB)(AKT) to recover liquidated damages for the alleged failure to promptly pay a portion of overtime wages that I may have received to the extent that I worked any overtime for the period of December 17, 2017 to present.

*Please check one of the following:*

[X] I hereby authorize the Moser Law Firm, PC to represent me in this action.

[ ] I intend to engage another attorney to represent me in this action. My Attorney's name, address and telephone number are as follows: _____

I agree to be bound by any adjudication by the Court or settlement of this action.

Full Legal Name: GUY M. MAGNO
Address: _
Telephone
Email: _

Signature: [signed]          Date: 8/30/21

MAIL TO:    MOSER LAW FIRM, PC
            Attn: Caccavale v. Unisys Consent to Join
            5 East Main Street
            Huntington, NY 11743
            516-671-1150

FAX:        631-824-0200

EMAIL:      admin@moserlawfirm.com