# Morgan Lewis

**Matthew E. Cooper**
+1.212.309.6044
matthew.cooper@morganlewis.com

December 2, 2021

**VIA ECF**

The Honorable James M. Wicks
United States Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Caccavale v. Hewlett-Packard Company a/k/a HP Inc., et al., 2:20-cv-00974-GRB-JMW (E.D.N.Y.)

Dear Judge Wicks:

I write on behalf of non-party ADP, Inc. ("ADP") to withdraw its letter motion requesting the Court grant its Motion for a Protective Order to Preclude Deposition Testimony and Motion for an Order to Quash the Subpoenas. *See* Dkt. No. 155. Since the time of this filing, Plaintiffs and ADP have agreed to meet and confer to discuss the timing of and need for a deposition.

Therefore, ADP respectfully requests that the Court withdraw ADP's letter motion docketed at ECF No. 155.

Respectfully submitted,

/s/ Matthew E. Cooper

Matthew E. Cooper

MEC
c: All Counsel (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060      T +1.212.309.6000
United States                F +1.212.309.6001