UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
TONY CACCAVALE, ANTHONY MANGELLI,      Case No: 20-CV-00974
DOUGLAS SORBIE, and JAMES BILLUPS, individually     (GRB)(JMW)
and on behalf of all others similarly situated,

                                                        **NOTICE OF APPEARANCE**

                        Plaintiffs,

            -against-

HEWLETT-PACKARD COMPANY A/K/A HP INC.,
HEWLETT PACKARD ENTERPRISE COMPANY and
UNISYS CORPORATION,

                       Defendants.
---------------------------------------------------------------------------X

       PLEASE TAKE NOTICE, that the Plaintiffs, TONY CACCAVALE, ANTHONY MANGELLI, DOUGLAS SORBIE, and JAMES BILLUPS, hereby appears in the above-entitled action, and that the undersigned has been retained as Attorney for the Plaintiffs and demands that all papers in this action be served upon the undersigned at the office address set forth below.

DATED:     Garden City, New York           THE LAW OFFICES OF
                February 14, 2022                 JASON L. ABELOVE, PC

                                                         *Attorneys for the Plaintiffs*

                                     BY:     /s/ Jason L. Abelove
                                                      JASON L. ABELOVE (JA-5327)
                                                      666 Old Country Road
                                                      Suite 303
                                                     Garden City, New York 11530
                                                     (516) 222-7000