UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
TONY CACCAVALE, ANTHONY MANGELLI,      Case No: 20-CV-00974
DOUGLAS SORBIE, and JAMES BILLUPS, individually      (GRB)(JMW)
and on behalf of all others similarly situated,

                                                  **NOTICE OF APPEARANCE**

                                  Plaintiffs,


                    -against-


HEWLETT-PACKARD COMPANY A/K/A HP INC.,
HEWLETT PACKARD ENTERPRISE COMPANY and
UNISYS CORPORATION,

                                        Defendants.
--------------------------------------------------------------------------X
To: The Clerk of the Court and all Parties of record.

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs Tony Caccavale, Anthony Mangelli, Douglas Sorbie and James Billups.

Dated: Hicksville, New York
        February 14, 2022

                                            Respectfully Submitted,

                                            LAW OFFICES OF PAUL A. PAGANO, P,C.

                                      By: _*Paul Pagano*_____
                                          Paul A. Pagano
                                          *Attorneys for Plaintiffs*
                                          100 Duffy Avenue, Suite 510
                                          Hicksville, NY 11801
                                          (917) 589-1479
                                          Paul@LawOfficePaulPagano.com

7074733.1