UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE         DATE: 2/15/2022
                                                      TIME: 1:00 PM
                                                      ☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE
**CASE:** 2:20-cv-00974-GRB-JMW, Caccavale et al v. Hewlett-Packard Company et al

APPEARANCES:

    For Plaintiff:   Jason Abelove and Paul Pagano

    For Defendants:   Kenneth W. DiGia, Francesco A. DeLuca, Kristofor T. Henning and llana S. Levin

Court Reporter/FTR: 1:06-1:14 (video)

## THE FOLLOWING RULINGS WERE MADE:

☒  Status Conference held. The parties advised the Court of the status of this case. No discovery disputes reported at this time. The Court granted Plaintiffs' request, on consent, to extend the deadline to amend the Complaint in regard to Daniel Johnson, to and including March 15, 2022.

☒  A Status Conference is scheduled for March 28, 2022, at 10:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. On or before March 25, 2022, the parties shall submit a joint letter advising the Court what specific discovery issues, if any, they wish to address at the Status Conference.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

                                                       SO ORDERED
                                                       /s/ *James M. Wicks*
                                                       JAMES M. WICKS
                                                       United States Magistrate Judge