**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

TONY CACCAVALE, ANTHONY
MANGELLI, DOUGLAS SORBIE, and
JAMES BILLUPS, individually and on behalf
of all others similarly situated,

               Plaintiffs,

               v.

HEWLETT-PACKARD COMPANY A/K/A
HP INC., HEWLETT PACKARD
ENTERPRISE COMPANY and UNISYS
CORPORATION,

               Defendants.

Civil Action No. 2:20-cv-00974-GRB-JMW

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jawad B. Muaddi, of the law firm of Morgan Lewis & Bockius LLP, hereby enters his appearance in the above-captioned action on behalf of non-party ADP, Inc. as counsel of record and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below or through the Court's electronic filing system.

Dated: New York, New York
      February 18, 2022

*/s/ Jawad B. Muaddi*
Jawad B. Muaddi
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6000
Fax: (212) 309-6001
jawad.muaddi@morganlewis.com

*Counsel for non-party ADP, Inc.*