UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TONY CACCAVALE, ANTHONY MANGELLI, DOUGLAS SORBIE, and JAMES BILLUPS, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

HEWLETT-PACKARD COMPANY A/K/A HP INC., HEWLETT PACKARD ENTERPRISE COMPANY and UNISYS CORPORATION,

        Defendants.

---

Civil Action No. 2:20-cv-00974-GRB-JMW

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE, that pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew E. Cooper, hereby move this Court for leave to withdraw as counsel for ADP, Inc. in the above-captioned action.

Dated: February 18, 2022

/s/ Matthew E. Cooper
Matthew E. Cooper
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Tel.: (212) 309-6000
Fax: (212) 309-6001
matthew.cooper@morganlewis.com

*Attorneys for ADP, Inc.*