UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
TONY CACCAVALE, ANTHONY                                 :
MANGELLI, DOUGLAS SORBIE, and                           :
JAMES BILLUPS, individually and on                      :
behalf of all others similarly situated,                :
                                                        :
                        Plaintiffs,                     :     Civil Action No. 2:20-cv-00974-GRB-JMW
                                                        :
        v.                                              :
                                                        :
HEWLETT-PACKARD COMPANY A/K/A                           :
HP INC., HEWLETT PACKARD                                :
ENTERPRISE COMPANY and UNISYS                           :
CORPORATION,                                            :
                                                        :
                        Defendants.                     :
------------------------------------------------------- X
```

**DECLARATION OF MATTHEW E. COOPER**
**IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Matthew E. Cooper, declare as follows:

1. I am an associate at Morgan, Lewis & Bockius LLP, counsel for defendant ADP, Inc. in this action. I make this declaration in support of my motion to withdraw as counsel for non-party ADP, Inc. with respect to the above-captioned action.

2. ADP, Inc. consents to my withdrawal as counsel of record in this and any related actions.

3. No substitution counsel is necessary as ADP, Inc. has been and continues to be represented in this action, to the extent necessary, by Jawad B. Muaddi and other attorneys associated with Morgan, Lewis & Bockius LLP.

4. No retaining or charging lien is being asserted.

5. Accordingly, I respectfully request, pursuant to Local Civil Rule 1.4, that the Court issue an Order directing my withdrawal as counsel for non-party ADP, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on February 18, 2022.

*/s/ Matthew E. Cooper*
Matthew E. Cooper
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Tel.: (212) 309-6000
Fax: (212) 309-6001
matthew.cooper@morganlewis.com
