FILED
CLERK

4:08 pm, Jul 11,2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
**Tony Caccavale, et al.,**

        Plaintiff,

  -V-

**Hewlett-Packard Company a/k/a HP Inc., et al,**

        Defendant.
--------------------------------------------------------X

**RECUSAL ORDER**

20-cv-00974-GRB-JMW

**WICKS, Magistrate Judge**

    The undersigned hereby recuses himself from the above entitled case pursuant to 28 U.S.C., Section 455 (a) and it is requested that the Clerk of the Court reassign this case to another Magistrate Judge in the ordinary course of business.

                              **SO ORDERED**:

                              s/ James M. Wicks
                              JAMES M. WICKS
                              United States Magistrate Judge

Dated:    July 11, 2022