

**Kristofor T. Henning**
Partner

T. 215-979-3846
F. 215-988-4314

khenning@mccarter.com

McCarter & English, LLP

1600 Market Street
Suite 3900
Philadelphia, PA 19103-7501

www.mccarter.com

June 13, 2024

<u>VIA ECF</u>

The Honorable Nusrat J. Choudhury
100 Federal Plaza, Courtroom 1040
Central Islip, NY 11722

Re: **Caccavale, et al. v. Hewlett-Packard Company, et al.**
<u>Civil Action No. 20-cv-974 (NJC)(ST)</u>

Dear Judge Choudhury:

Defendants HP Inc. and Hewlett Packard Enterprise Company ("Defendants") write in response to the Court's Order of June 10, 2024 directing the parties to "address[] when it is anticipated that the Supreme Court of New York, Appellate Division, Second Department will reach a decision on the pending, unopposed motion for leave to appeal the decision in *Grant* . . . ." That motion was filed on February 14, 2024 and the *Grant* defendant's March 11, 2024 response did not oppose the plaintiff's motion for leave to appeal. Defendants are unable to predict with exact certainty when the Second Department will decide the *Grant* plaintiff's motion but, inasmuch as it has been pending for approximately 4 months (and fully briefed for approximately 3 months), they believe it is reasonable to expect a decision soon. Waiting for the Second Department's decision will not prejudice Plaintiffs because they have been paid all of their wages. Further, the existence of a conflict between *Vega* and *Grant* "substantially bolsters the prospects that the Second Department will grant the motion for leave to appeal." *See Urena v. Sonder USA Inc.*, No. 22 Civ. 7736 (VM), 2024 WL 1333012, *2 (S.D.N.Y. Mar. 28, 2024).[1]

---

[1] Another Court has entered the stay Defendants seek here. *See Calixte v. Bioreference Labs., Inc.*, 1:24-00083-AMD-VMS (E.D.N.Y) at May 8, 2024 Order ("The defendant's motion to stay is

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Kristofor T. Henning*

Kristofor T. Henning

cc: Counsel of record via ECF

---

granted pending a decision on the application for leave to appeal to the New York Court of Appeals in *Grant* . . . . If leave to appeal is granted, the proceedings are stayed until the New York Court of Appeals issues a decision.").